UNITED STATES DISTRICT COURT

FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| VINCENT WADE PARSON, individually, )<br>)<br>*Plaintiff,* )<br>)<br>vs. )<br>)<br>STEVEN PATRICK ZANONI, individually )<br>)<br>*Defendant.* ) | C.A. NO. |

## COMPLAINT

Plaintiff, Vincent Wade Parson, through his counsel, David P. Cline, Esquire, says by way of Complaint that:

### JURISDICTION

### I. JURISDICTION BASED ON DIVERSITY OF CITIZENSHIP

1. Jurisdiction is based on diversity of citizenship and the amount in controversy exceeds Seventy Five Thousand Dollars ($75,000), exclusive of interest and costs.

2. Jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332.

### VENUE

3. Venue lies under 28 U.S.C. § 1391.

### PARTIES

4. Plaintiff, Vincent Wade Parson, is and was at all times pertinent hereto a resident of the state of Delaware, residing at 4 Egert Court, P.O. Box 9930, Newark, Delaware 19714.

5. Defendant, Steven Patrick Zanoni, an individual, upon information and belief, is believed at all times pertinent hereto, to be a resident of the state of Pennsylvania, residing at 152 Hunters Ridge Road, Jennerstown, Pennsylvania 15547.

## COUNT I

## FACTS OF ACCIDENT

1. On September 05, 2006, at approximately 8:07 p.m., plaintiff, Vincent Wade Parson, was operating a 2006 Lincoln Town Car while traveling northbound on Rt. 52 in the State of Pennsylvania, Pennsbury Township, Chester County, when he approached a red light at the intersection of Rt. 52 and Rt. 926 and made a complete stop at the traffic light.

2. At the same time and place, defendant, Steven Patrick Zanoni, was operating his vehicle, a 1997 Honda Civic, also heading northbound on Rt. 52 at Route 926, Pennsbury Township, Chester County, Pennsylvania and operated his vehicle in a negligent, careless and/or reckless manner, causing his vehicle to violently collide into the rear end of plaintiff, Vincent Wade Parson's vehicle.

3. This incident was the result of the negligence, carelessness, and /or recklessness of the defendant, Steven Patrick Zanoni, and caused in no manner whatsoever to any act or failure to act on the part of the plaintiff, Vincent Wade Parson.

4. The aforesaid negligence, carelessness, and /or recklessness of the defendant, Steven Patrick Zanoni, consisted of action in which he:

    a.    Did operate his motor vehicle without due regard for the rights, safety and position of the plaintiff, at the time and place aforesaid;

  b. Did fail to give proper and sufficient warning or the approach of the motor vehicle under his control;

  c. Failed to have his vehicle under proper and adequate control at the time;

  d. Did fail to adhere to the rules of the road concerning the legal distance one must keep from another vehicle in order to safely operate a motor vehicle, and in the operation of motor vehicles on public highways;

  e. Did fail to maintain a proper lookout;

  f. Did fail to keep his vehicle under control and violently struck the plaintiff's vehicle;

5. As a result of the negligence, carelessness, and /or recklessness of the defendant, Steven Patrick Zanoni, plaintiff, Vincent Wade Parson suffered serious bodily injuries including, but not limited to: neck and back pain, multiple herniated discs in his lumbar and cervical regions, constant lower-back pains and soreness, and an inability to resume his normal activities of daily living which may be permanent in nature.

## COUNT II MEDICAL

6. As a result of the negligence, carelessness, and /or recklessness of the defendant, Steven Patrick Zanoni, plaintiff, Vincent Wade Parson suffered serious bodily injuries which have required medical treatment and costs which may continue into the indefinite future.

## COUNT III LOST WAGES

7. As a further result of the injuries mentioned above, plaintiff, Vincent Wade Parson, has sustained a loss of earnings and/or earnings capacity, which may continue into the indefinite future.

WHEREFORE, Plaintiff, Vincent Wade Parson, demands judgment against defendant, Steven Patrick Zanoni for monetary damages, property damages, pain and suffering, medical expenses, lost wages, attorney fees and costs of suit.

Dated: September 03, 2008      BY:   /s/ David P. Cline
                                     David P. Cline, Esq. (DE # 2681)
                                     715 N King Street Suite 100, PO Box 33
                                     Wilmington, DE  19899-0033
                                     (302) 529-7848
                                     Attorney for Plaintiff

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Vincent Wade Parson, individually

## DEFENDANTS
Steven Patrick Zanoni, individually

(b) County of Residence of First Listed Plaintiff: **New Castle County**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **Somerset County**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
David P. Cline, Esq., 715 N. King, Ste. 100, Wilm., DE 9801- 302-529-7848

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. Section 1332

Brief description of cause:
Motor Vehicle Accident Personal Injury

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 09/03/2008

SIGNATURE OF ATTORNEY OF RECORD: _[signature]_

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. ___08 - 557___

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## NOTICE OF AVAILABILITY OF A
## UNITED STATES MAGISTRATE JUDGE
## TO EXERCISE JURISDICTION

I HEREBY ACKNOWLEDGE RECEIPT OF ___1___ COPIES OF AO FORM 85.

___9/3/08___
(Date forms issued)

___(Signature)___
(Signature of Party or their Representative)

___SHAZIM UPPAL___
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action